UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: 111-97

MERYL BRODSKY

Plaintiff(s)

Index #: 17CV3186

- against -

Date Filed:

THE NEW YORK CITY CAMPAIGN FINANCE BOARD, ON BEHALF OF ZACHARY W. CARTER, CORPORATION COUNSEL OF THE CITY OF NEW YORK

**AFFIDAVIT OF SERVICE**

Defendant(s)

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

SIEH CLARK BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.
That on May 25, 2017 at 01:10 PM at

THE NEW YORK CITY CORPORATION COUNSEL
100 CHURCH STREET
NEW YORK, NY 10007

deponent served the within true copy of the SUMMONS IN A CIVIL ACTION AND COMPLAINT, CIVIL COVER SHEET on ZACHARY W. CARTER, CORPORATION COUNSEL, the defendant/respondent therein named.

BY LEAVING A TRUE COPY WITH B. MAZYCK, LEGAL CLERK, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BLACK | SALT & PEPPER | 60 | 5'5 | 250 |
| GLASSES | | | | | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-30-17

RECEIVED
SDNY PRO SE OFFICE
2017 MAY 30  PM 12:59
S.D. OF N.Y.

Sworn to me on: May 25, 2017

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2018

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2021

Gotham Process Inc.
299 Broadway
New York NY  10007

**SIEH CLARK**
License #: 1187234

Docket #:     *1029040*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Meryl Brodsky <br><br> *Plaintiff(s)* <br> v. <br> The New York City Campaign Finance Board, on behalf of Zachary W. Carter, Corporation Counsel of the City of New York <br> *Defendant(s)* | Civil Action No. **17 CV 3186** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Zachary W. Carter, Corporation Counsel
The New York City Corporation Counsel
100 Church Street
New York, New York 10007-2601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Meryl Brodsky
150 East 61st Street, #11-K
New York, New York 10065

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
*CLERK OF COURT*

Date: MAY 0 1 2017

*Signature of Clerk or Deputy Clerk*