

THE CITY OF NEW YORK

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

AGNETHA E. JACOB
*Assistant Corporation Counsel*
Telephone: (212) 356-0881
Fax: (212) 356-8760
Email: ajacob@law.nyc.gov

July 13, 2017

**<u>Via ECF</u>**
Honorable James L. Cott
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    *Brodsky v. New York City Campaign Fin. Bd.,* 17-CV-3186 (AJN) (JLC)

Dear Judge Cott:

I am the Assistant Corporation Counsel assigned to the defense of the above-referenced action. I write to respectfully request an extension of Defendant's deadline to respond to the Complaint from July 17, 2017 to August 17, 2017. I was recently assigned to this case and require additional time to investigate the allegations and prepare an appropriate response. I have reached out to *pro se* Plaintiff by telephone and e-mail to obtain her consent but have been unable to reach her.

This is Defendant's second request for an extension. The first request was made by a Deputy Chief in this Office's General Litigation Division before the case was assigned. The request was granted by Order dated June 19, 2017, and extended the date to respond from the original date, June 15, 2017, to July 17, 2017. *See* Docket No. 7.

Thank you in advance for your consideration of this request.

Respectfully submitted,


/s/ Agnetha E. Jacob
Agnetha E. Jacob

Cc:    Meryl Brodsky
       Plaintiff *pro se*
       150 East 61 Street, Apt. #11k
       New York, NY 10065
       (via U.S.P.S. and e-mail)