**MERYL BRODSKY**
150 EAST 61ST STREET, #11-K
NEW YORK, NEW YORK 10065
TELEPHONE/FAX: (212) 866-2105
EMAIL: meryl7@verizon.net

July 14, 2017

<u>By Hand</u>
Honorable James L. Cott, Magistrate Judge
United States District Court, Southern District of New York
500 Pearl Street, Room 1360
United States Courthouse
New York, New York 10007

          Re: <u>Brodsky v. The New York City Campaign Finance Board, on behalf of Zachary W. Carter, Corporation Counsel of the City of New York:</u>
              <u>17 CV 3186 (AJN)(JLC)</u>

Dear Judge Cott:

    On July 13, 2017, I received a telephone message from Agnetha E. Jacob, Esq. Due to work, I did not receive the message until after business hours and the email at 11:52 PM. Marilyn Richter of the City Law Department requested adjournment from June 15 to July 17, 2017 of which I consented. The request, which you granted, was docketed on June 19, 2017 (#7).

    Thirty days have elapsed since the City's previous request. As a non-attorney, pro se plaintiff, I may request leave to amend, Rule 15(a), thus do *not* request adjournment now. As another adjournment is at the discretion of the Judge, I will agree to answer the defendant accordingly.

    Thank you for your consideration of this matter and I am sorry if it has caused Judge Cott any inconvenience.

                              Yours truly,

                              Meryl Brodsky
                              Plaintiff, Pro Se

cc: Agnetha E. Jacob, Esq.
    NYC Law Department
    100 Church Street
    New York, New York
    (by first class mail)

S.D. OF N.Y.
2017 JUL 14 PM 12:48
SDNY PRO SE OFFICE
RECEIVED