UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
MERYL BRODSKY,

                                      Plaintiff,

        -against-                                **NOTICE OF MOTION**

THE NEW YORK CITY CAMPAIGN FINANCE
BOARD, ON BEHALF OF ZACHARY W. CARTER,    17-CV-3186 (AJN) (JLC)
CORPORATION COUNSEL OF THE CITY OF NEW
YORK

                                      Defendant.
------------------------------------------------------------------------x

        **PLEASE TAKE NOTICE,** that upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss the Complaint and Declaration of Agnetha E. Jacob, dated August 17, 2017, in support of the same, Defendant will move this Court, at the United States Courthouse for the Southern District of New York located at 40 Foley Square, New York, NY 10007, at a date and time to be designated by the Court, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing the Complaint in its entirety, and awarding Defendant such other and further relief as the Court deems just and proper.

Dated:    New York, NY
              August 17, 2017

                                                  ZACHARY W. CARTER
                                                  Corporation Counsel of the
                                                      City of New York
                                                  100 Church Street
                                                  New York, NY 10007
                                                  *Attorney for Defendant*
                                                  Tel: (212) 356-0881
                                                  Fax: (212) 356-8760
                                                  ajacob@law.nyc.gov

                                        By:    /s/ Agnetha E. Jacob
                                                  Agnetha E. Jacob
                                                  Assistant Corporation Counsel

To:   Meryl Brodsky
      150 East 61 Street, Apt. #11k
      New York, NY 10065