UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
MERYL BRODSKY,

                                                          Plaintiff,

-against-

THE NEW YORK CITY CAMPAIGN FINANCE
BOARD, ON BEHALF OF ZACHARY W. CARTER,
CORPORATION COUNSEL OF THE CITY OF NEW
YORK

                                                          Defendant.
------------------------------------------------------------------------x

**DECLARATION OF AGNETHA E. JACOB IN SUPPORT OF MOTION TO DISMISS THE COMPLAINT**

17-CV-3186 (AJN) (JLC)

        **AGNETHA E. JACOB** declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

        1.     I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, attorneys for Defendant New York City Campaign Finance Board in the above-captioned action. I submit this declaration in support of Defendant's Motion to Dismiss the Complaint.

        2.     Attached as Exhibit A is a copy of the Order dated July 9, 2010 issued by Justice Eileen Rakower in the state court action *Brodsky v. New York City Campaign Board*, No. I18316/06 (N.Y. Sup. Ct., July 9, 2010).

        3.     Attached as Exhibit B is a copy of Plaintiff's Complaint in the federal action *Brodsky v. Carter*, 15-CV-3469, 2015 U.S. Dist. LEXIS 169104 (S.D.N.Y. Dec. 15, 2015).

Dated: New York, NY
        August 17, 2017

        ZACHARY W. CARTER
        Corporation Counsel of the
          City of New York
        100 Church Street
        New York, NY 10007
        *Attorney for Defendant*
        Tel: (212) 356-0881
        Fax: (212) 356-8760
        ajacob@law.nyc.gov

        By:   /s/ Agnetha E. Jacob
               Agnetha E. Jacob
               Assistant Corporation Counsel

To:   Meryl Brodsky
       150 East 61 Street, Apt. #11k
       New York, NY 10065