UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9.22.17

---

Meryl Brodsky,

        Plaintiff,

    –v–

The New York City Campaign Finance Board,

        Defendant.

17-CV-3186 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

On August 17, 2017, Defendant filed a motion to dismiss Plaintiff's complaint. Dkt. Nos. 11-13. On August 21, 2017, the Court issued an Order allowing Plaintiff until September 18, 2017 to either file an amended complaint or to serve her opposition to Defendant's motion to dismiss. Dkt. No. 14.

On August 29, 2017, Plaintiff filed opposition to Defendant's motion to dismiss. Dkt. Nos. 15-16. On September 18, 2017, Plaintiff then also filed an amended complaint. Dkt. No. 17. Given these submissions, the Court hereby orders Plaintiff to submit a letter to the Court by September 29, 2017 confirming that she wishes to proceed with her amended complaint, thereby rendering Defendant's motion to dismiss moot. The deadline for any reply submission from Defendant is hereby stayed pending Plaintiff's response.

This Order shall be mailed to Plaintiff, who appears *pro se*.

SO ORDERED.

Dated: September 22, 2017
    New York, New York

                        ALISON J. NATHAN
                        United States District Judge

1