**MERYL BRODSKY**
150 EAST 61ST STREET, #11-K
NEW YORK, NEW YORK 10065
TELEPHONE/FAX: (212) 866-2105
EMAIL: meryl7@verizon.net

September 26, 2017



SO ORDERED:

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

BY HAND

The Honorable Alison J. Nathan
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Brodsky v. The New York City Campaign Finance Board*, 17-CV-3186(AJN)(JLC)

Dear Judge Nathan:

Pursuant to the U.S. Const. art. III, federal judicial review requires the existence of a case or controversy. Defendant filed a motion to dismiss Plaintiff's complaint, Dkt. Nos. 11-13, involving a prior action but did not state a current case or controversy that affects the rights of the parties. Plaintiff filed an opposition to Defendant's motion to dismiss, Dkt. Nos. 15, 16, as well as an amended complaint representing justiciable claims, dated September 18, 2017, Dkt. No. 17, pursuant to the Court's Order of August 21, 2017, Dkt. No. 14.

Further, by Order dated September 22, 2017, Dkt. No. 18, Plaintiff is required "to submit a letter to the Court by September 29, 2017, confirming that she wishes to proceed with her amended complaint, thereby rendering Defendant's motion to dismiss moot." Plaintiff confirms that she will proceed with the amended complaint.

Plaintiff also wishes to thank the Court for keeping the parties apprised of their respective duties, filings and time limits.

> The Court accepts Plaintiff's amended complaint as filed. Defendant's deadline to answer, move, or otherwise respond to Plaintiff's Amended Complaint is **October 16, 2017**. Furthermore, the Clerk of Court is directed to terminate Defendant's motion to dismiss the complaint at Docket Entry 11 as moot. This Order will be mailed to Plaintiff, who appears pro se.
> SO ORDERED.

Respectfully Submitted,

Meryl Brodsky
Plaintiff pro se

BY ECF

cc: Agnetha E. Jacob for the NYC Corporation Counsel
    Defendant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 1 2 2017